

FILED
18-0330
4/10/2018 7:13 PM
tex-23799647
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## CAUSE NO. 2016-01145J



| IN THE MATTER OF | § | IN THE DISTRICT COURT OF |
| | § | |
| G▮▮▮ R▮ G▮▮▮, JR.,: | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| | § | |
| JUVENILE RESPONDENT | § | 313TH JUDICIAL DISTRICT |

FILED
Chris Daniel
District Clerk

NOV 16 2016

Harris County
Melissa Guerra
Deputy

### ORDER WITHDRAWING, APPOINTING APPELLATE COUNSEL AND CONFIRMING JUVENILE RESPONDENT'S INDIGENCE

On November 16, 2016, the court considered the motion for withdrawal, appointment of appellate counsel and confirmation of indigence brought by the juvenile respondent, G▮▮▮▮ R▮▮ G▮▮▮, JR.

The Court after considering the evidence and arguments of counsel finds that good cause exists to permit Michael McLane to withdraw as the juvenile respondent's attorney of record and appoint appellate counsel.

It is therefore ORDERED, that,

Michael McLane is withdrawn as the juvenile respondent's attorney of record.

Further, the Court appoints DONALD M. CRANE appellate counsel for the juvenile respondent and confirms that G▮▮▮▮ R▮ G▮▮▮ JR. is indigent.

The Court further ORDERS that the Harris County District Clerk and the Official Court Reporter of this court shall, upon request of the appellate counsel and at no cost to the juvenile

respondent or appellate counsel, prepare and file with the Court of Appeals the Clerk's Record and the Reporter's Record.

NOV 16 2016

SIGNED this _____ NOV 16 2016 _____ day of November, 2016.

_____
JUDGE PRESIDING

Approved as to form only:

**/s/ Donald M. Crane**
Donald M. Crane,
Attorney at Law
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (713) 501-8529
Facsimile (281) 392-5383
State Bar No. 05005900
donmcrane@gmail.com

ATTORNEY AD LITEM ON APPEAL